DAVID R. HOUSTON
NEVADA Bar No. 2131
432 Court St.
Reno, NV 89501
(775) 786-4188
Facsimile- (775) 786-5573

JEFFREY A. DICKERSON
NEVADA Bar No. 2690
9585 Prototype Ct., Suite A
Reno, NV 89521
(775) 786-6664
Facsimile- (775) 786-7466
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

CANDACE LEHMAN individually and as guardian of CAMILIA LEHMAN, a minor child, LINDA BLOUNT, individually, CANDACE LEHMAN as administrator of the ESTATE OF JOSHA LEHMAN, Deceased,

  Plaintiffs,

vs.

TOM ROBINSON, an individual, ROBERT TYGARD, an individual,

  Defendants.

CASE NO. CV-N-02-0651-ECR-(RAM)

ERRATA TO PROPOSED JOINT PRETRIAL ORDER

ORDER

Plaintiffs submit their errata to the proposed Joint Pretrial Order as follows:

<u>Plaintiffs' Exhibits</u>:

1. U.S. Income Tax Return for Josha and Candace Lehman, form 1040 with attachments for the year 2000.

<u>Plaintiffs' Witnesses</u>:

1. Tim Brown

The undersigned hereby stipulate and that the Pre-Trial Order should be amended to

JAD/kdd/lehman/errata.jpto      1

add these items.

DATED September 16, 2010

LAW OFFICE OF
DAVID R. HOUSTON

LAW OFFICE OF
JEFFREY A. DICKERSON

/S/ Jeffrey A. Dickerson
JEFFREY A. DICKERSON

DATED September 16, 2010

OFFICE OF THE
RENO CITY ATTORNEY

/S/ CREIG SKAU
BY: CREIG SKAU

ORDER

IT IS SO ORDERED.

DATED _ November 4, 2010

_Edward C. Reed._
SENIOR UNITED STATES DISTRICT JUDGE